UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GLENN LEE SELDEN,

       Plaintiff,

v.                                                    Case No:  2:18-cv-308-FtM-38MRM

ELIZABETH A. KOVACHEVICH,
PAMELA JO BONDI and UNNAMED
DEFENDANTS,

       Defendants.
_____/

### **OPINION AND ORDER**[1]

This matter comes before the Court on *Pro Se* Plaintiff Glenn Lee Selden's Complaint for Violation of Civil Rights (Doc. 1) filed on May 3, 2018. The Complaint, which is eleven pages in length, with an additional 122 pages of exhibits attached (Docs. 1-1 through 1-4), references numerous federal statutes, state court actions, and international laws is wholly incomprehensible. It is comprised of various pages of the complaint form, unrelated correspondence, drawings, excerpts from articles or books, and notices and court orders from previous state and federal cases filed by Plaintiff. The Court has attempted, but cannot discern what, if any, claim Plaintiff is attempting to articulate or what relief he seeks. Plaintiff did not file a motion to proceed *in forma*

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

*pauperis* when he filed this action. Because Plaintiff is a three-strike litigant, the Court will dismiss the Complaint to Plaintiff re-filing the complaint in a new action accompanied by the requisite $400.00 filing fee.

In pertinent part, The Prison Litigation Reform Act (PLRA) contains the following subsection:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claims upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. §1915(g). The Court takes judicial notice of the following filings brought by Plaintiff in a federal court that qualify as a dismissal under § 1915(g):

- *Selden v. Federal Agent Brian Watson,* Case No. 6:09-cv-1834-18DAB, (M.D. Fla. Oct, 4, 2009) (finding action "lacks an arguable basis in law" and dismissing complaint "as frivolous");

- *Selden v. Murray*, Case No. 8:09-cv-2207-JDW-AEP (M.D. Fla. Nov. 5, 2009) (dismissing complaint "for failure to state a claim");

- *Selden v. Correctional Medical Auth., et al.*, Case No. 4:10-cv-143-RH/WCS, 2010 WL 3385254 *1 (N.D. Fla. August 25, 2010) (accepting report and recommendation finding complaint entirely fanciful and dismissing it pursuant to 28 U.S.C. § 1915(e)(2)(B));

- *Selden v. United States, CIA, et al.*, Case no. 11-00621 LEK/KSC (D. Hawaii Oct. 19, 2011) (finding complaint "completely frivolous and unconnected with reality" and dismissing it pursuant to 28 U.S.C. §§ 1915A(b) & 1915(g)).

Because Plaintiff is currently incarcerated, has three or more qualifying dismissals, and is not under imminent danger of serious physical injury, this action will be

2

dismissed without prejudice to Plaintiff filing a new civil rights complaint form and paying the full $400.00 filing fee at the time the complaint is filed.

Accordingly, it is now

**ORDERED:**

(1)  Pro se Plaintiff Glenn Lee Selden Complaint for Violation of Civil Rights (Doc. 1) is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

(2)  The Clerk of Court is directed to terminate any pending motions, close the case, and enter judgment accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida this 25th day of May, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
All Parties of Record
SA: FTMP-2